# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 14-CV-80468-MIDDLEBROOKS/BRANNON**

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

JCS ENTERPRISES, INC. d/b/a JCS
ENTERPRISES SERVICES, INC., T.B.T.I., INC.,
JOSEPH SIGNORE, and PAUL L. SCHUMACK, II,

                Defendants.
_____/

**ORDER GRANTING RECEIVER'S FIRST INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS WITH INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE comes before the Court on the Receiver's First Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of the Receiver and his Professionals with Incorporated Memorandum of Law (the "Application") [DE ___] for the period of April 7, 2014 to May 31, 2014 (the "Application Period"). I have reviewed the Application and am otherwise fully advised in the premises. After reviewing the Application, finding that the fees therein are reasonable, necessary, and consummate with the skills and experience required for the activities performed and described therein, I find that there is good cause to grant the Application.

Accordingly, in accordance Paragraph 14 of the Court's Amended Receivership Order [DE 19] and the Court's Order Granting Receiver's Motion to Expand Receivership to Include My Gee Bo, Inc. [DE 26] it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Application [DE _____ ] is **GRANTED** and **APPROVED**.

2. The total amount of fees and costs incurred by the Receiver during the Application Period in the amount of $34,260.00 is hereby **APPROVED**.

3. The Receiver is **AUTHORIZED** to distribute to the Receiver the amount of $34,260.00.

4. The total amount of fees and costs incurred by the Receiver's lead counsel, Sallah, Astarita & Cox, LLC, during the Application Period in the amount of $96,427.41 (comprised of $89,145.00 of fees and $7,282.41 of costs) is hereby **APPROVED**.

5. The Receiver is **AUTHORIZED** to distribute a payment to his lead counsel, Sallah, Astarita & Cox, LLC, the amount of $96,427.41 (comprised of $89,145.00 of fees and $7,282.41 of costs).

6. The total amount of fees incurred by the Receiver's counsel, Law Offices of Robert Carey, PL during the Application Period in the amount of $75,192.00 is hereby **APPROVED**.

7. The Receiver is **AUTHORIZED** to distribute to the Receiver's counsel Law Offices of Robert Carey, PL the amount of $75,192.00.

8. The total amount of fees and costs incurred by the Receiver's counsel, Akerman LLP, during the Application Period in the amount of $17,830.81 (comprised of $17,820.00 of fees and $10.81 of costs) is hereby **APPROVED**.

9. The Receiver is **AUTHORIZED** to distribute to the Receiver's counsel, Akerman LLP, the amount of $17,830.81 (comprised of $17,820.00 of fees and $10.81 of costs).

10. The total amount of fees and costs incurred by the Receiver's counsel, Law Office of Mark C. Perry, P.A, during the Application Period in the amount of $4,268.90 (comprised of

$4,263.00 of fees and $5.90 of costs) is hereby **APPROVED**.

11. The Receiver is **AUTHORIZED** to distribute to the Receiver's counsel, Law Office of Mark C. Perry, P.A, the amount of $4,268.90 (comprised of $4,263.00 of fees and $5.90 of costs).

12. The total amount of fees and costs incurred by the Receiver's forensic accountants, KapilaMukamal, LLP, during the Application Period in the amount of $141,469.82 (comprised of $140,578.60 of fees and $891.22 of costs) is hereby **APPROVED**.

13. The Receiver is **AUTHORIZED** to distribute to the Receiver's forensic accountants, KapilaMukamal, LLP, during the Application Period the amount of $141,469.82 (comprised of $140,578.60 of fees and $891.22 of costs).

14. The Receiver and his professionals are entitled to the above authorized distributions from assets now held by the Receiver from, in the possession or control of, or which may be received by, each respective Receivership entity on a pro rata basis.

**DONE AND ORDERED** in Chambers in West Pal m Beach, Florida this _____ day of _____, 2014.

						_____
						DONALD M. MIDDLEBROOKS
						UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record