UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 14-CV-80468-MIDDLEBROOKS/BRANNON

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-vs.-

JCS ENTERPRISES, INC. d/b/a JCS
ENTERPRISES SERVICES, INC.,
T.B.T.I., INC., JOSEPH SIGNORE, and
PAUL L. SCHUMACK, II,

        Defendants.
_____/



FILED BY _____ D.C.

JUL 10 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - WPB

## RECEIVER'S MOTION TO FILE ACCOMPNAYING FILINGS UNDER SEAL

Pursuant to Local Rule 5.4 of the Local Rules of the Southern District of Florida, Plaintiff James D. Sallah, Esq., not individually, but solely in his capacity as the Receiver ("the Receiver") for JSC Enterprises, Inc. ("JCS"), T.B.T.I., Inc. ("TBTI"), My Gee Bo, Inc. ("GeeBo"), JOLA Enterprise, Inc. ("JOLA"), and PSCS Holdings, LLC ("PSCS"), their affiliates, subsidiaries, successors and assigns (collectively, the "Receivership Entities" or "Estate"), respectfully moves to file and maintain under seal for a limited time (not to exceed ten business days) the accompanying motion by a proposed, sealed filings, as follows:

    1.    In accordance with Local Rule 5.4(b)(2), the Receiver has conventionally filed the instant motion accompanied by a proposed, sealed filings.

    2.    The undersigned counsel submits that public disclosure of the factual and legal nature of the proposed filing will prejudice the Receiver. To the extent the Court requires

additional facts or legal basis to grant the instant Motion, the undersigned respectfully requests that the Court review the proposed filings for such information.

3.      Pursuant to Local Rule 5.4(b)(1), the Receiver requests that the accompanied filings and any order or other filing related to the accompanied filing be held under seal for a period of ten business days.

WHEREFORE, the Receiver respectfully requests the Court to temporarily seal this matter according to the terms specified in this Motion.

Dated: July 10, 2015                                        Respectfully submitted,

SALLAH ASTARITA & COX, LLC
*Counsel for the Receiver James D. Sallah, Esq.*
One Boca Place
2255 Glades Rd., Ste. 300E
Boca Raton, Florida 33431
Tel.: (561) 989-9080
Fax: (561) 989-9020

_____
**Joshua A. Katz, Esq.**
Fla. Bar No. 0848301
Email: jak@sallahlaw.com