UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY ___PDC___ D.C.

NOV 09 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. — W.P.B.

SECURITIES AND EXCHANGE COMMISSION, )
)
    Plaintiff, )
)
v. ) No. 14-CV-80468-
) MIDDLEBROOKS/BRANNON
JCS ENTERPRISES, INC. d/b/a JCS )
ENTERPRISES SERVICES, INC., T.B.T.I. )
INC., JOSEPH SIGNORE, and )
PAUL L. SCHUMACK, II, )
)
    Defendants. )

## DECLARATION OF JOSEPH SIGNORE

I, Joseph Signore, do make the following statement:

1. I am the defendant identified as "Joseph Signore" above, as well as a defendant in an associated criminal case and another case involving the Securities and Exchange Commission.

2. My criminal conviction related, tangentially, to this matter, is still under direct appeal. Additionally, my criminal sentence and associated restitution have a direct correlation to the losses incurred by the companies identified above.

3. Should my conviction for running a "Ponzi scheme" be overturned, the basis for this receivership will, in all liklihood, no longer exist."

4. I review all the pleadings that the Receiver ("Sallah"), presents to this Court. I take the time to study them and check the various billing sheets against pleadings and summaries presented to this Court.

5. I am no forensic accountant or the like, and surely do not present myself as such. Additionally, I firmly believe that Sallah and his firm and all hired professionals associated with him have the right to earn a decent living free from harassment from myself or any other person.

6. I have found expenses, charges, and billing sheets, however, that are not what Sallah presents to this Court. These peculiarities should be brought to the Court's attention for no other reason than the "bottom line" on the costs of Sallah's work directly affects my sentence (calculation of actual loss; restitution; funds remaining should the Appellate Court reverse my conviction).

7. In the most recent pleading from Sallah asking for approval of expenses (DE 407), there was a statement made by him that he has "staffed the day-to-day activities of this matter using the services of professionals" (p. 6), and "the Court should note that he [Sallah] has elected <u>not</u> to seek <u>any</u> fees in this Fifth Fee Application for his telephone conversations or communications with investors." (Id.)(emphasis in the original (though italics, not underlined)).

8. In the past, I have discovered Sallah billing for court time (he and others) when they were not present and have admitted to same.

2

9. I have seen billing in active 3rd party lawsuits when the stated position is that Sallah would not bill in such a manner in these types of actions.

10. In this latest filing (DE 407), and despite Sallah's assertions to the contrary as stated in ¶ 7 (herein), it appears that Sallah's firm has billed 32 hours of conversations and/or communications with investors. This would be yet another misstatement of fact to this Court, if true. I took the 32 hrs. from the actual billing records of Sallah's firm.

11. Sallah appears to be billing the Receivership between $50-100 an hour for people sending out envelopes.

12. In past filings, I have pointed out errors and such, to this Court, in specifics, for the reasons that I do so again.

13. Without training to detect such strange statements and summaries, I state with some certainty that a team of professionals could find many more instances of incorrect procedures.

14. I have repeatedly asked for an audit (which potentially costs *me* in the long term, and Sallah nothing) and Sallah has viciously opposed this at every turn.

I, Joseph Signore, do hereby swear or affirm, under the penalty for perjury, and in accordance with 28 U.S.C. § 1746, that the above statements are true and correct to the best of my knowledge and belief.

Dated: November 3, 2018

_____
Joseph Signore



Mr Joseph Signore
FMC Federal Medical Center
PO Box 14500
Lexington, KY 40512
United States

⇔05081-104⇔
Judge D Middlebrooks
701 Clematis ST
Room 257
WEST PALM BCH, FL 33401
United States

33401351113 C028