# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 14-CV-80468-MIDDLEBROOKS/BRANNON

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JCS ENTERPRISES, INC. d/b/a JCS
ENTERPRISES SERVICES, INC., T.B.T.I., INC.,
JOSEPH SIGNORE, and PAUL L. SCHUMACK, II,

Defendants.
_____/

**ORDER GRANTING RECEIVER'S SEVENTH INTERIM APPLICATION
FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF
FEES AND EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS**

THIS CAUSE comes before the Court on the Receiver's Seventh Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of the Receiver and his Professionals (the "Application") [DE 461] for the period of September 1, 2019 to June 30, 2020 (the "Application Period"). I have reviewed the Application and am otherwise fully advised in the premises. After reviewing the Application, finding that the fees therein are reasonable, necessary, and consummate with the skills and experience required for the activities performed and described therein, I find that there is good cause to grant the Application.

Accordingly, pursuant to Paragraph 14 of the Court's Order Reappointing Receiver [DE 173], the Court's Order Granting Receiver's Motion to Expand Receivership to Include My Gee Bo, Inc. [DE 26], and the Court's Order Granting Receiver's Motion to Expand Receivership to Include JOLA Enterprises Inc. and PSCS Holdings, LLC [DE 168], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Application [DE 461] is **GRANTED** and **APPROVED**.
2. The total amount of fees incurred by the Receiver during the Application Period in the amount of $25,470.00 is hereby **APPROVED**.

3. The Receiver is **AUTHORIZED** to distribute a payment to himself in the amount of $25,470.00.

4. The total amount of fees and costs incurred by the Receiver's lead counsel, Sallah, Astarita & Cox, LLC, during the Application Period of $140,523.59 (comprised of $131,502.50 of fees and $9,021.09 of costs) is hereby **APPROVED**.

5. The Receiver is **AUTHORIZED** to distribute a payment to his lead counsel, Sallah, Astarita & Cox, LLC, in the amount of $140,523.59 (comprised of $131,502.50 of fees and $9,021.09 of costs).

6. The total amount of fees and costs incurred by the Receiver's counsel, Law Office of Robert Carey, PL, during the Application Period of $20,314.82 (comprised of $20,280.00 of fees and $34.82 of costs) is hereby **APPROVED**.

7. The Receiver is **AUTHORIZED** to distribute a payment to the Receiver's counsel, Law Office of Robert Carey, PL, in the amount of $20,314.82 (comprised of $20,280.00 of fees and $34.82 of costs).

8. The total amount of fees and costs incurred by the Receiver's forensic accountants, KapilaMukamal, LLP, during the Application Period in the amount of $58,734.24 (comprised of $58,366.00 of fees and $368.24 of costs) is hereby **APPROVED**.

9. The Receiver is **AUTHORIZED** to distribute a payment to the Receiver's forensic accountants, KapilaMukamal, LLP, in the amount of $58,734.24 (comprised of $58,366.00 of fees and $368.24 of costs).

10. The Receiver and his professionals are entitled to the above approved and authorized distributions from assets and funds presently in the possession or control of, or which may be received by, the Receivership Estate.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this _____ day of _____, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

Joseph Signore
Register Number 05081-104
FMC Lexington
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512