# EXHIBIT A

| | FUND ACCOUNTING [COMBINED] for JCS Enterprises, Inc., T.B.T.I., Inc., My Gee Bo, Inc., PSCS Holdings, LLC and Jola, LLC as of September 30, 2021 | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 06/30/20): | $ 7,155,055.57 | | $ 7,155,055.57 |
| | *Increases in Fund Balance:* | - | | |
| Line 2 | Business Income | | | |
| | ATM Proceeds due from E-Global | - | | |
| Line 3 | Cash and Securities | - | | |
| | Turnover of Funds from Frozen Accounts | - | - | $ - |
| Line 4 | Interest/Dividend Income | - | - | - |
| Line 5 | Business Asset Liquidation | - | | |
| | Sale of real property | - | - | - |
| Line 6 | Personal Asset Liquidation | 33,335.00 | 33,335.00 | 33,335.00 |
| Line 7 | Third-Party Litigation Income | - | - | - |
| Line 8 | Miscellaneous - Other | - | - | - |
| 8.1 | Security Deposits/Utilities Refunds | - | - | - |
| | Restitution payments | 5,179.37 | 5,179.37 | 5,179.37 |
| 8.2 | Tax Refunds | 517,308.46 | 517,308.46 | 517,308.46 |
| | **Total Funds Available (Lines 1-8)** | | | 7,710,878.40 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | 7,304,655.59 | 7,304,655.59 | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver | 25,470.00 | | |
| | Disbursements to Other Professionals | - | | |
| 10.a.1 | Accountants for Receiver | 58,734.24 | | |
| 10.a.2 | Appraisers for Receiver | - | | |
| 10.a.3 | Attorneys for Receiver | 160,838.41 | | |
| 10.a.4 | Arbitrator/Mediator | | | |
| | Total 10a | | 245,042.65 | |
| Line 10b | Business and Asset Expenses | | | |
| 10.b.1 | Lease Payments, Admin Rent | 11,279.40 | | |
| 10.b.2 | Contract Labor and Office Expenses | - | | |
| 10.b.3 | Other Contract and Business Expenses | - | | |
| 10.b.4 | Costs to Secure/Maintain Property/Assets | 8,690.18 | | |
| 10.b.5 | Computer and Website Expenses | 1,010.00 | | |
| 10.b.6 | Expenses re Sales of Assets | 5,119.69 | | |
| | Total 10b | | 26,099.27 | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | - | | |
| | 2. Litigation Expenses | - | | |
| | 3. Settlements | - | | |
| | Total 10e | | - | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | - | - | |
| | **Total Disbursements for Receivership Operations** | | | 7,575,797.51 |
| | | | | $ 135,110.89 |

| FUND ACCOUNTING [COMBINED] for JCS Enterprises, Inc., T.B.T.I., Inc., My Gee Bo, Inc., PSCS Holdings, LLC and Jola, LLC as of September 30, 2021 | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/ Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/ Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12 a | Investment Expenses/ Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9-11): | | | |
| Line 13 | Ending Balance (As of 06/30/20) | | | $ 135,110.89 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | 135,110.89 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund - Net Assets | | See Note | $ 135,110.89 |

Note: Pursuant the Motion to Close the Receivership and to Discharge The Receiver and His Professionals which will be filed with the Court by the Receiver, the balance of the funds in the case will be distributed as follows:

(1) Receiver is authorized to make a distribution payment of $4,282.00 to the 19th late claimant who contacted the Receiver in July 2021.

(2) Receiver is authorized to set up and keep a reserve of remaining funds in the receivership bank accounts and is authorized to pay any and all further trailing receivership-related fees and expenses from the reserve, including, but not limited to, tax work for tax year 2021, through written consent of the SEC.

(3) Any balance ultimately remaining from the reserve after paying final trailing receivership fees and expenses shall be transferred by the Receiver to the U.S. Attorney's Office or its selected designee(s).

| | FUND ACCOUNTING [COMBINED] for JCS Enterprises, Inc., T.B.T.I., Inc., My Gee Bo, Inc., PSCS Holdings, LLC and Jola, LLC as of September 30, 2021 | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| | OTHER SUPPLEMENTAL INFORMATION: | | | |
| | | Detail | Subtotal | Grand Total |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15 | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     IDC | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     IDC | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/ Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims** | | | |
| Line 18a | *# of Claims Received This Reporting Period* | ------- | | |
| Line 18b | *# of Claims Received Since Inception of Fund* | ------- | | |
| Line 19 | **No. of Claimants/Investors** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | ------- | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | ------- | | |

Receiver:

By: _____
(signature)

JAMES D. SALLAH
(printed name)

Receiver
(title)

Date: 10-7-2021